# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal Case No. 16-CR-_____** |
| v. ) | |
| ) | |
| **ALLAN YIANAKOPOLOS** ) | |
| ) | |
| _____ ) | |

## INDICTMENT

**The Grand Jury charges:**

### COUNT ONE

**[18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography]**

On or about February 5, 2016, in the District of New Hampshire, the defendant,

**ALLAN YIANAKOPOLOS,**

did knowingly possess any matter that contained an image or video of child pornography, as defined in Title 18, United States Code, Section 2256, namely any visual depiction of sexually explicit conduct where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct, that had been mailed, shipped, and transported using any means or facility of interstate or foreign commerce, and in and affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been mailed, shipped, or transported in and affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

1

## FORFEITURE ALLEGATION
## (18 U.S.C. § 2253)

1. The allegation of Count One of this Indictment is hereby re-alleged and is incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253.

2. Upon conviction of any offense in violation of 18 U.S.C. § 2252(a)(4)(B), as set forth in Count One of this Indictment,

**ALLAN YIANAKOPOLOS,**

defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, any matter which contains visual depictions produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of the said violations; and any property, real or personal, used or intended to be used to commit or to promote the commission of the violations or any property traceable to such property. The property to be forfeited includes:

(a) One LG cellular telephone bearing IMEI number 353852063523549 and IMSI number 311480137736391; and

(b) One HTC cellular telephone bearing IMEI number 990005696319244 and IMSI number 311480206670338.

All pursuant to Federal Rule of Criminal Procedure 32.2 and Title 18, United States Code, Section 2253.

|  |  |
|---|---|
|  | A TRUE BILL |
| Dated: June 29, 2016 | /s/ Foreperson |
|  | FOREPERSON |

EMILY GRAY RICE
United States Attorney

By: /s/ Nick Abramson
Nick Abramson
Assistant U.S. Attorney