Acknowledgment – Sentencing Options and Supervision Conditions

# UNITED STATES DISTRICT COURT
## District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAY 16 2017

FILED

UNITED STATES OF AMERICA

v.

**ACKNOWLEDGMENT**

<u>Allan Yianakopolos</u>
Defendant

Case Number: <u>16-CR-95-01-JL</u>

I, <u>Allan Yianakopolos</u>, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date:

X _____
Defendant

_____
Defense Counsel

cc: Defendant
    U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Defense Counsel

USDCNH-103 (10-14)

# PROPOSED SENTENCING OPTIONS AND SUPERVISION CONDITIONS

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE
## UNITED STATES V. ALLAN YIANAKOPOLOS, DKT. 0102 1:16CR00095-001-JL

**TOTAL OFFENSE LEVEL** 30
**CRIMINAL HISTORY CATEGORY** I

|  | **Statutory Provisions** | **Guideline Provisions** | **Plea Agreement Provisions** |
|---|---|---|---|
| **CUSTODY:** | 0 - 20 years | 97 - 121 months | 54 months (binding stipulation) |
| **SUPERVISED RELEASE:** | 5 years - life | 5 years - life | Not addressed |
| **PROBATION:** | 1 - 5 years | Ineligible | Not addressed |
| **FINE:** | $250,000 | $30,000 - $300,000 | Not addressed |
| **RESTITUTION:** | To be determined | To be determined | Not addressed |
| **SPECIAL ASSESSMENT:** | $100 | $100 | $100 |

**SUPERVISION:**

While on supervised release, you must comply with the following mandatory conditions:

You must not commit another federal, state, or local crime.

You must not unlawfully possess a controlled substance.

You must refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter, as determined by the Court.

You must cooperate in the collection of DNA as directed by the probation officer.

You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense.

In addition, you must comply with the standard conditions that have been adopted by this Court as well as the following special conditions:

1. You must participate in a sex offense-specific treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay the costs of the program if you are able as determined by the probation officer.

2. You must participate in the plethysmograph testing as part of the required participation in a sex offense-specific assessment and/or treatment.

3. You must submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure that you are in compliance with the requirements of your supervision or treatment program.

4. You must not have direct contact with any child you know or reasonably should know to be under the age of eighteen, not including your own child, without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of eighteen, not including your child, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.

5. You must not view or possess any "visual depiction" (as defined in 18 U.S.C. § 2256), including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of "sexually explicit conduct" (as defined in 18 U.S.C. § 2256), that would compromise your sex offense-specific treatment.

6. You must not access the Internet except for reasons approved by the probation officer.

7. You must submit your computers (as defined in 18 U.S.C. § 1030[e][1]) or other electronic communications or data storage devices or media, to a search.

8. You must allow the probation officer to install computer monitoring software on any computer (as defined in 18 U.S.C. § 1030[e][1]).

9. To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced searches of any computers (as defined in 18 U.S.C. § 1030[e][1]) subject to computer monitoring. These searches shall be conducted for the purposes of determining whether the computer contains any prohibited data prior to installation of the monitoring software; to determine whether the monitoring software is functioning effectively after its installation; and to determine whether there have been attempts to circumvent the monitoring software after its installation. You must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition.

10. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030[e][1]), other electronic communications or data storage devices or media, or office, to a search conducted by a U.S. probation officer. Failure to submit to a search may be grounds for revocation. You must warn any other residents that

the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

11. You must submit to substance abuse testing to determine if you have used a prohibited substance. You must pay the costs of the testing if you are able as determined by the supervising officer. You must not attempt to obstruct or tamper with the testing methods.

12. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay for the cost of treatment to extent you are able, as determined by the probation officer.

13. You must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption, except with the prior approval of the probation officer.

14. You must pay any restitution that may be imposed (at a subsequent time) by the Court.

15. You must not incur new credit charges or open additional lines of credit without the approval of the probation officer.

16. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

17. You must apply all monies received from income tax refunds, lottery winnings, judgments, and/or any other anticipated or unexpected financial gains to the outstanding court-ordered financial obligation.

                        Respectfully submitted,

                        Jonathan E. Hurtig
                        Chief U.S. Probation Officer

By:    */s/Sean P. Buckley*
        Sean P. Buckley
        U.S. Probation Officer

Approved:

*/s/Jodi L. Gauvin*                05/02/2017
Jodi L. Gauvin                  Date
Supervising U.S. Probation Officer